# United States District Court

## For The District of Columbia

**UNITED STATES OF AMERICA**

V.

**DARRYL MARCEL WILLIAMS**
aka D-luv

**CRIMINAL COMPLAINT**

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __April 21, 2006__ in __Washington, D.C.__ county, in the District of __Columbia__ defendant(s) did, (Track Statutory Language of Offense)

**unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.**

in violation of Title __21__ United States Code, Section(s) __841__.

I further state that I am __Detective Scott Brown, from the Metropolitan Police Department,__ and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof: ☒ Yes   ☐ No

Sworn to before me and subscribed in my presence,

Signature of Complainant
Detective Scott Brown
Metropolitan Police Department

_____   at   __Washington, D.C.__
Date                              City and State

_____       _____
Name & Title of Judicial Officer   Signature of Judicial Officer

<u>Affidavit In Support of Arrest Warrant</u>

1. Your affiant in this matter is Scott Brown, a detective with the Metropolitan Police Department's (MPD's) Narcotic and Special Investigation Division (NSID). I have been a member of MPD for over 16 years, and assigned to NSID for over six years. I have been involved in over 200 narcotics investigations and have participated in over 1000 narcotics arrests.

2. The purpose of this affidavit is to establish that probable cause exists to issue an arrest warrant for one Darryl Marcel Williams, also known as "D-luv," a black male, date of birth xx/xx/xxxx (SSN xxx-xx-xxxx, PDID # xxx-xxx, and FBI # xxxxxxx) for distribution of cocaine base, also known as crack (hereinafter crack cocaine) on or about April 21, 2006, in Washington, D.C. The information in this affidavit is based on my own personal knowledge, what I have learned from conferring with other MPD members familiar with the investigation, my review of MPD and Drug Enforcement Administration (DEA) documents concerning this investigation, and my review of law enforcement records concerning Williams.

3. On April 21, 2006, MPD members formulated plans to have a MPD Special Employee (SE) purchase 62 grams of crack cocaine and a quantity of PCP from a man known to him as "D-luv," now known to your affiant to be Darryl Marcel Williams. Separate and apart from the investigation of Darryl Williams, the SE has provided information to MPD members that has led to three felony arrests, the recovery of two firearms, and the seizure of over 600 grams of cocaine. The SE has never provided information to MPD later determined to be false.

4. At the direction of MPD members, on April 21, 2006, the SE contacted D-luv and made arrangements to meet with him at approximately 1:30 p.m. that day in a CVS parking lot located at 845 Bladensburg Road, N.E., Washington, D.C. Prior to going to that location MPD Detective King Watts searched the SE and found him/her to be free of all money and contraband. The SE was then given $3200 in MPD pre-recorded funds.

4. At approximately 1 p.m., the SE and Detective Watts arrived in a MPD undercover vehicle on the CVS parking lot to await D-luv's arrival. Detective Watts then exited the undercover vehicle.

5. At approximately 1:21 p.m. a blue 1998, four-door Cadillac Seville bearing Virginia registration xxxxxx drove into the CVS lot and parked. The SE then exited the undercover vehicle and entered the Seville. At approximately 1:28 p.m. the SE exited the Seville and re-entered the undercover vehicle. MPD

members observed the Seville during the meeting, but were not able to see through the heavily tinted window glass. No one other than the SE entered or exited the Seville during the meeting.

    6. Immediately following the meeting, the SE drove away, picked up Detective Watts, and turned over to the detective four (4) one-ounce clear glass bottles containing a liquid with a strong chemical odor and a plastic bag containing a white rock substance. Detective Watts then searched the SE and again found him/her to be free of all money and contraband.

    7. The SE stated that he/she had purchased the bottles and the white rock substance from "D-luv" for $3200. The SE also stated that "D-luv" had been the only other person in the Seville.

    8. The white rock substance was analyzed by the DEA and was found to consist of 60.6 grams of crack cocaine.

    9. On January 19, and April 19, 2006, MPD members had conducted traffic stops of the same Cadillac Seville for excessive window-tint violations. The Seville is not registered to Darryl Williams. On both occasions the driver identified himself to the MPD member as Darryl Marcel Williams, date of birth xx/xx/xxxx. Law enforcement records reveal that Williams is assigned PDID number xxx-xxx, SSN xxx-xx-xxxx, and FBI number xxxxxxxxx.

    10. In addition, the first traffic stop on January 19, 2006, took place immediately after a meeting that day between the SE and "D-luv," which occurred inside the same Seville at the same CVS parking lot. The SE has advised that the person he met with in the Seville on January 19, 2006, is the same person he met with in the Seville on April 21, 2006, and from whom he purchased the crack cocaine and the four one-ounce bottles of liquid.

    11. Accordingly, your affiant believes that probable cause exists that on or about April 21, 2006, in the District of Columbia, Darryl Marcel Williams, aka D-luv, unlawfully distributed crack cocaine, in violation of 21 U.S.C. § 841.

                                       _____
                                       Detective Scott Brown
                                       Metropolitan Police Department

Sworn to and subscribed before me this ____ day of June, 2007.


_____
Deborah A. Robinson
United States Magistrate Judge
District of Columbia