UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Cr. No. 07-273-M-01 |
| DARRYL MARCEL WILLIAMS | : |

## NOTICE OF APPEARANCE

The clerk of the court will please note the appearance of undersigned counsel on behalf of the defendant.

Respectfully submitted,

_____
Cheryl D. Stein #256693
706 12th Street, N.E.
Washington, D.C. 20002
(202) 388-4682