UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DARRYL MARCEL WILLIAMS,<br>    Defendant. | Crim. No. 07-273-M-01 |

**GOVERNMENT'S MOTION TO DISMISS**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests the Court to dismiss the indictment in the above-styled case, without prejudice.

                                              Respectfully submitted,

                                              JEFFREY A. TAYLOR
                                              UNITED STATES ATTORNEY

                                              /s/
           By:    OPHER SHWEIKI
                   Assistant United States Attorney
                   Bar No. 458776
                   Federal Major Crimes Section
                   555 4th Street, N.W.
                   Washington, D.C. 20530
                   (202) 353-8822
                   Opher.Shweiki@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DARRYL MARCEL WILLIAMS,<br>          Defendant. | Crim. No. 07-273-M-01 |

**ORDER**

The Court having considered the Government's motion to dismiss and upon finding it appropriate to do so, it is ORDERED this _____ day of _____ 2008, that the indictment in the above-styled case be dismissed without prejudice.

_____
Magistrate Judge
United States District Court for the District of Columbia

copies to:

Opher Shweiki
Assistant United States Attorney
Federal Major Crimes Section
555 4th Street, N.W.
Washington, D.C. 20530

Cheryl D. Stein, Esq.
706 12th Street, N.E.
Washington, D.C.  20002

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the "GOVERNMENT'S MOTION TO DISMISS" was served upon counsel of record for the defendant, Cheryl D. Stein, 706 12th Street, N.E., Washington, D.C. 20002, through the electronic court filing system, this 7th day of March 2008.

_____/s/_____
OPHER SHWEIKI