FILED

MAR 1 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

DARRYL MARCEL WILLIAMS,
Defendant.

Crim. No. 07-273-M-01

### ORDER

The Court having considered the Government's motion to dismiss and upon finding it appropriate to do so, it is ORDERED this 12 day of March 2008, that the indictment in the above-styled case be dismissed without prejudice.

_____
Magistrate Judge
United States District Court for the District of Columbia

copies to:

Opher Shweiki
Assistant United States Attorney
Federal Major Crimes Section
555 4th Street, N.W.
Washington, D.C. 20530

Cheryl D. Stein, Esq.
706 12th Street, N.E.
Washington, D.C. 20002